JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO GUTIERREZ, an individual; ELIZABETH B. GUTIERREZ, an individual,<br><br>        Plaintiffs,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A., a National Association; HSBC BANK USA, a New York Corporation; FIRST AMERICAN LOANSTAR SERVICES, LLC, a Texas Limited Liability Company, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  CV10-1355-R (CWx)<br>Hon. Manuel L. Real<br>Ctrm 8 - Spring St.<br><br>**JUDGMENT OF DISMISSAL**<br><br><br>Date:     July 12, 2010<br>Time:    10:00 a.m.<br>Ctrm:    8 |

     The motions of Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-10 (erroneously sued as HSBC Bank USA), and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC (collectively "Defendants") to dismiss the complaint of Plaintiffs FEDERICO GUTIERREZ and ELIZABETH B. GUTIERREZ pursuant to Federal

Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted came on regularly for hearing on July 12, 2010, at 8:30 a.m. in Courtroom 8.  The Court having read and considered the moving papers and any opposition thereto, and having heard argument from the parties, granted Defendants' motions to dismiss Plaintiffs' complaint without prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-10, and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC are dismissed without prejudice.  Plaintiffs are to recover nothing from WELLS FARGO BANK, N.A., HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-10, and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC.

DATED:  September 27, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE